IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARENCE RAY ALLEN,

    Plaintiff,

v.

RODERICK HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STEVEN ORNOSKI, WARDEN, CALIFORNIA STATE PRISON AT SAN QUENTIN, ARNOLD SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, AND DOES 1 THROUGH 25, INCLUSIVE,

    Defendants.

No. C 05 5051 JSW

**SCHEDULING ORDER**

The court is in receipt of plaintiff's Application For A Temporary Restraining Order And Order To Show Cause. The court hereby directs defendants to file an opposition by Monday, December 12, 2005, and plaintiff to file a reply by Tuesday, December 13, 2005. A hearing will be scheduled if necessary.

IT IS SO ORDERED.

DATED: DEC - 8 2005

Jeffrey S. White
United States District Judge

C:\rayallen\schedulingorder.frm