IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE RAY ALLEN,<br><br>   Plaintiff,<br><br> v.<br><br>RODERICK HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STEVEN ORNOSKI, WARDEN, CALIFORNIA STATE PRISON AT SAN QUENTIN, ARNOLD SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>   Defendants. | No. C 05 5051 JSW<br><br>**SCHEDULING ORDER** |

The court is in receipt of plaintiff's Application For A Temporary Restraining Order And Order To Show Cause. The court hereby directs defendants to file an opposition by Monday, December 12, 2005, and plaintiff to file a reply by Tuesday, December 13, 2005. A hearing will be scheduled if necessary.

IT IS SO ORDERED.

DATED: DEC - 8 2005

Jeffrey S. White
United States District Judge

C:\rayallen\schedulingorder.frm